IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CECELIA RITTER**                                                                                    **PLAINTIFF**

v.                              Case No. 4:24-cv-00676-KGB

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                     **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that the Commissioner's decision is affirmed and that plaintiff Cecelia Ritter's complaint is dismissed with prejudice (Dkt. No. 2). The relief requested is denied.

So adjudged this 26th day of August, 2025.

_____
Kristine G. Baker
Chief United States District Judge